ALEXANDER MATARAZZO, Respondent, *v.* SCHENECTADY UNION
PUBLISHING COMPANY, Appellant.

Argued November 13, 1950; decided January 4, 1951.

552

*Charles J. Tobin, Jr.,* and *Charles G. Fryer* for appellant.
*Harry G. Coplon* for respondent.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.